IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

SEALED

2026 APR 21  PM 4: 35

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY T. WALKER, and<br>KERI LAPOINTE,<br><br>Defendants. | 8:26CR75<br><br>INDICTMENT<br>18 U.S.C. §§ 113(a)(3) and 1153<br>18 U.S.C. §§ 1153, 13, and 2<br>Neb. Rev. Stat. §28-707(1)(a) and (b) |

The Grand Jury charges that

### COUNT I

On or about November 10, 2023, within the exterior boundaries of the Winnebago Indian Reservation, in the District of Nebraska, the defendant, GREGORY T. WALKER, an Indian, did assault MINOR VICTIM 1 with a dangerous weapon with intent to do bodily harm, to wit: GREGORY T. WALKER threw a metal chair at MINOR VICTIM 1, striking MINOR VICTIM 1 in the head.

In violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

### COUNT II

On or about November 10, 2023, within the exterior boundaries of the Winnebago Indian Reservation, in the District of Nebraska, the defendant, GREGORY T. WALKER, an Indian, did knowingly place a minor child, to wit: MINOR VICTIM 1, in a situation that endangered MINOR VICTIM 1's life or physical or mental health, or cruelly punished MINOR VICTIM 1, to wit: GREGORY T. WALKER forced MINOR VICTIM 1 to work in the food truck, punched MINOR VICTIM 1, and threw objects at MINOR VICTIM 1, including a metal chair that struck MINOR VICTIM 1 in the head.

1

In violation of Title 18, United States Code, Sections and 1153 and 13, and Nebraska Revised Statute Section 28-707(1)(a) and (b), and subject to sentencing under Nebraska Revised Statute Section 28-707(4).

## COUNT III

Between on or about October 1, 2020, and on or about May 30, 2024, within the exterior boundaries of the Winnebago Indian Reservation, in the District of Nebraska, the defendant, GREGORY T. WALKER, an Indian, did knowingly place a minor child, to wit: MINOR VICTIM 1, in a situation that endangered MINOR VICTIM 1's life or physical or mental health, or cruelly punished MINOR VICTIM 1, to wit: GREGORY T. WALKER threw MINOR VICTIM 1 to the ground and kept MINOR VICTIM 1 out of school.

In violation of Title 18, United States Code, Sections and 1153 and 13, and Nebraska Revised Statute Section 28-707(1)(a) and (b), and subject to sentencing under Nebraska Revised Statute Section 28-707(4).

## COUNT IV

Between on or about October 1, 2020, and on or about May 30, 2024, within the exterior boundaries of the Winnebago Indian Reservation, in the District of Nebraska, the defendant, GREGORY T. WALKER, an Indian, did knowingly place a minor child, to wit: MINOR VICTIM 1, in a situation that endangered MINOR VICTIM 1's life or physical or mental health, or cruelly punished MINOR VICTIM 1, to wit: GREGORY T. WALKER shoved MINOR VICTIM 1 down the stairs and then punched MINOR VICTIM 1 repeatedly.

In violation of Title 18, United States Code, Sections and 1153 and 13, and Nebraska Revised Statute Section 28-707(1)(a) and (b), and subject to sentencing under Nebraska Revised Statute Section 28-707(4).

<u>COUNT V</u>

Between on or about January 1, 2023, and on or about December 31, 2024, within the exterior boundaries of the Winnebago Indian Reservation, in the District of Nebraska, the defendant, GREGORY T. WALKER, an Indian, did knowingly place a minor child, to wit: MINOR VICTIM 2, in a situation that endangered MINOR VICTIM 2's life or physical or mental health, or cruelly punished MINOR VICTIM 2.

In violation of Title 18, United States Code, Sections and 1153 and 13, and Nebraska Revised Statute Section 28-707(1)(a) and (b), and subject to sentencing under Nebraska Revised Statute Section 28-707(4).

<u>COUNT VI</u>

Between on or about March 1, 2025, and on or about March 31, 2025, within the exterior boundaries of the Winnebago Indian Reservation, in the District of Nebraska, the defendants, GREGORY T. WALKER and KERI LAPOINTE, Indians, did knowingly place a minor child, to wit: MINOR VICTIM 3, in a situation that endangered MINOR VICTIM 3's life or physical or mental health, or cruelly punished MINOR VICTIM 3.

In violation of Title 18, United States Code, Sections and 1153, 13, and 2, and Nebraska Revised Statute Section 28-707(1)(a) and (b), and subject to sentencing under Nebraska Revised Statute Section 28-707(4).

<u>COUNT VII</u>

Between on or about January 1, 2023, and on or about December 31, 2024, within the exterior boundaries of the Winnebago Indian Reservation, in the District of Nebraska, the defendants, GREGORY T. WALKER and KERI LAPOINTE, Indians, did knowingly place a minor child, to wit: MINOR VICTIM 4, in a situation that endangered MINOR VICTIM 4's life or physical or mental health, or cruelly punished MINOR VICTIM 4.

3

In violation of Title 18, United States Code, Sections and 1153, 13, and 2, and Nebraska Revised Statute Section 28-707(1)(a) and (b), and subject to sentencing under Nebraska Revised Statute Section 28-707(4).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

KELLI L. CERAOLO
Assistant U.S. Attorney

4