IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>GREGORY T. WALKER,<br><br>        Defendant. | **8:26-CR-75**<br><br><br>**ORDER** |

This matter is before the Court on the Government's Motion for Review of a Release Order, Filing 23, requesting that the Court review and overrule the order of the United States Magistrate Judge releasing the defendant pending trial. Counsel for the defendant shall have up to and including Thursday, May 14, 2026, to file a written response to the Government's motion. Should defense counsel require additional time to file a response, counsel should file a motion seeking an extension. The Court will defer determining whether it is necessary to hold a hearing on the Government's motion until it has reviewed the defendant's response. Accordingly,

IT IS ORDERED that counsel for defendant Gregory T. Walker shall file a written response to the Government's Motion for Review of a Release Order, Filing 23, on or before May 14, 2026. Should defense counsel require additional time to file a response, counsel should file a motion seeking an extension.

1

Dated this 12th day of May, 2026.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge